UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHICHNER,<br><br>　　　　Defendant. | No. 2:23-cv-1322 AC P<br><br><br>ORDER |

　　　　On March 25, 2025, the parties participated in a settlement conference and settled the case. ECF No. 18. Dispositional documents were due within thirty days. Id. That deadline has now passed without the filing of dispositional documents. However, plaintiff has filed a notice stating that she was not housed at her address of record for approximately two weeks while she was recovering from surgery. ECF No. 19. When she went back to Mule Creek State Prison, she was told that the legal mail received while she was in recovery was returned. Id. It therefore appears that the settlement agreement paperwork may have been returned to defendants' counsel and the court will extend the deadline to file dispositive documents.

　　　　Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be due within thirty days of the filing of this order.

DATED: May 2, 2025

_（signature）_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE